ACCEPTED
01-15-00463-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 4:00:54 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00463-CV

IN THE FIRST COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 4:00:54 PM
CHRISTOPHER A. PRINE
~~Clerk~~

AT HOUSTON

**NURIA MANDJE,**

**Appellant,**

**v.**

**CCI SERVICES, CORP.**

**Appellee.**

**On Appeal from the 11ᵗʰ Judicial District Court of
Harris County, Texas**

**APPELLANT'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE FIRST COURT OF APPEALS:

COMES NOW, Nuria Mandje, Appellant herein, and pursuant to TEX. R. APP. P. 10 and 38.6(a), file this Unopposed Motion to Extend Time to File Appellant's Brief in the above captioned appeal, and in support thereof would show the following:

1.     The trial court, by order dated April 30, 2015, denied Appellant's Special

1

Appearance in Cause No. 2014-59752; *CCI Services, Corp. V. Nuria Mandje f/k/a Nuria M. Caracciolo*; In the 11th Judicial District Court, Harris County, Texas.

2. Appellant timely perfected an interlocutory appeal of said order pursuant to TEX. CIV. PRAC. & REM. CODE §51.004 and TEX. R. APP. P. 26.1 on May 18, 2015.

3. Pursuant to TEX. R. APP. P. 35.1(b) and 26.1(b), the clerk's record for this interlocutory appeal is due to be filed on or before May 28, 2015. Appellant believes that there will be no court reporter's record; and that the only record on appeal will be the clerk's record. Appellant timely requested preparation of the clerk's record on May 19, 2015, and has made arrangements with the clerk to pay the applicable fee.

4. Pursuant to Tex. R. App. P. 38.6(a)(1), Appellant's brief is due to be filed within 20 days of the filing of the clerk's record. Assuming the clerk's record is timely filed on May 28, 2015, Appellant's brief will be due on or about June 17, 2015

5. Counsel for Appellant is currently scheduled on a pre-paid, non-refundable trip to Grand Teton National Park and Yellowstone National Park from June 5, 2015 until June 15, 2015 for his twenty-fifth wedding anniversary. This trip has been planned and booked for over three months. During that period, counsel will not be able to review the record or draft the brief in time to meet a June 17, 2015,

filing date.

6. Appellant respectfully requests the Court of Appeals to extend the Appellant's briefing deadline nine (9) days until June 26, 2015, to enable counsel time to complete review of the record and draft the brief upon return from his vacation.

7. The delay will not result in foreseeable prejudice to Appellee or impact any deadlines in the trial court.

8. This is Appellant's first request for an extension of time.

9. Appellee is not opposed to this motion.

WHEREFORE, PREMISES CONSIDERED, Appellant Nuria Mandje respectfully request that the First Court of Appeals grant the requested nine (9) day extension of time to file Appellant's brief; and for such other and further relief to which she may be justly entitled.

Respectfully submitted,

**THE CUNNINGHAM LAW FIRM**

 */s/ Scott Douglas Cunningham*
SCOTT DOUGLAS CUNNINGHAM
Texas Bar No. 05243700
7670 Woodway, Suite 110
Houston, Texas 77063
(713) 273-8950
(713) 273-8951 (Fax)
E-mail: sdc1776@peoplepc.com

COUNSEL FOR APPELLANT

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Appellant and counsel for Appellee conferred on May 21st, 2015, and Appellees is unopposed to this request for extension of time to file Appellant's brief.

 */s/Scott Douglas Cunningham*
SCOTT DOUGLAS CUNNINGHAM

**CERTIFICATE OF SERVICE**

In accordance with Rule 9.5(e) of the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the *Appellant's Unopposed Motion to Extend Time to File Appellant's Brief* has been sent to the following counsel of record on this 22nd day of May, 2015.

**Counsel for Appellees**

Matthew A. Kornhauser
HOOVER SLOVACEK, LLP
5051 Westheimer Rd., Suite 1200
Houston, Texas 77056

Via Regular First Class Mail

T. Michael Ballases
HOOVER SLOVACEK, LLP
5051 Westheimer Rd., Suite 1200
Houston, Texas 77056

Via Regular First Class Mail

　　　　　　　　　　　　　　*/s/ Scott Douglas Cunningham*
　　　　　　　　　　　　　　SCOTT DOUGLAS CUNNINGHAM